# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| DAVID R SMITH,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA CRUZ, et al.,<br><br>　　　　Defendants. | Case No.  20-cv-00647-BLF<br><br>**ORDER REQUESTING SUPPLEMENTAL BRIEFING BY OCTOBER 16, 2020** |

The Court is considering if it is required to abstain from adjudicating 1) Plaintiff David Smith's eighth claim for a writ of mandate under Cal. Civil Code § 1094.5 against Defendants John McSpadden and the County of Santa Cruz ("the County"), and 2) Mr. Smith's ninth claim for a writ of mandate under the same Section, to the extent it is based on the McSpadden protest hearing decision that was originally issued on February 21, 2020, under the *Younger* abstention doctrine. *See Younger v. Harris*, 401 U.S. 37 (1971).

"Younger abstention is a jurisprudential doctrine rooted in overlapping principles of equity, comity, and federalism." *San Jose Silicon Valley Chamber of Commerce Political Action Comm. v. City of San Jose*, 546 F.3d 1087, 1091 (9th Cir. 2008) Federal Courts are required to abstain under *Younger* "if four requirements are met: (1) a state-initiated proceeding is ongoing; (2) the proceeding implicates important state interests; (3) the federal plaintiff is not barred from litigating federal constitutional issues in the state proceeding; and (4) the federal court action would enjoin the proceeding or have the practical effect of doing so, i.e., would interfere with the state proceeding in a way that Younger disapproves." *Id.*

Accordingly, the Court ORDERS the Defendants and Plaintiff Smith to submit a three-page supplemental brief on this issue **on or before October 16, 2020**. Defendants are to share one brief.

There will be no additional briefing on this topic.

**IT IS SO ORDERED.**

Dated: October 9, 2020

_____
BETH LABSON FREEMAN
United States District Judge